

$50 FEE PAID
#118949I
FEE NOT PAID
(SEND LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation, | * | |
| Plaintiff, | * | |
| vs. | * | Case No. MJG-02-3542 |
| UNITED STATES OF AMERICA; | * | |
| BALTIMORE MARINE INDUSTRIES, INC.; | * | |
| | * | |
| HELLER FINANCIAL, INC., | * | |
| Defendants. | * | |
| | * | |

*************

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Patrick E. Clark, am a member in good standing of the bar of this Court. My bar number is 26628. I am moving the admission of I. David Cherniak to appear *pro hac vice* in this case as counsel for International Marine & Industrial Applicators, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Courts | Date of Admission |
|---|---|
| Alabama | May 1965 |
| U.S. District Court for the Southern District of Alabama | May 1965 |

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

742919.1 10/29/02

Page 1 of 2

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute a formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Patrick E. Clark
Saul Ewing LLP
100 South Charles St.
Baltimore, MD 21201
(410) 332-8958
(410) 332-8185 (fax)

PROPOSED ADMITTEE

_____
I. David Cherniak
Johnstone, Adams, Bailey, Gordon and
and Harris, LLC
P.O. Box 1988
Mobile, AL 36633
(251) 441-9215
(251) 432-0712 (fax)

***********************************************************************

**ORDER**

___✓___ GRANTED        _____ DENIED

___10/31/02_____        ___Felicia C. Cannon_____
Date                                                Clerk, United States District Court

by _____