**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INTERNATIONAL MARINE & <br> INDUSTRIAL APPLICATORS, INC., <br> an Alabama Corporation, | * <br><br> * | |
| Plaintiff, | * | |
| vs. | * | Case No. MJG-02-3542 |
| UNITED STATES OF AMERICA; | * | |
| BALTIMORE MARINE INDUSTRIES, <br> INC.; and | * <br><br> * | |
| HELLER FINANCIAL, INC., | * | |
| Defendants. | * | |

************

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Patrick E. Clark, am a member in good standing of the bar of this Court. My bar number is 26628. I am moving the admission of Lawrence J. Seiter to appear *pro hac vice* in this case as counsel for International Marine & Industrial Applicators, Inc.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Courts | Date of Admission |
|---|---|
| Alabama | September 30, 1991 |
| U.S. District Court for the Southern <br>  District of Alabama | April 1, 1992 |
| U.S. District Court for the Middle <br>  District of Alabama | April 9, 1999 |

2.	During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3.	The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.	The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5.	The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute a formal admission to the bar of this Court.

6.	The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.	**The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Patrick E. Clark | Lawrence J. Seiter |
| Saul Ewing LLP | Johnstone, Adams, Bailey, Gordon and |
| 100 South Charles St. | and Harris, LLC |
| Baltimore, MD 21201 | P.O. Box 1988 |
| (410) 332-8958 | Mobile, AL 36633 |
| (410) 332-8185 (fax) | (251) 441-9215 |
|  | (251) 432-0712 (fax) |

Prid 313852
Plid 118068

*********************************************************************

## ORDER

__✓__ GRANTED          ____ DENIED

__11-7-02__                 **Felicia C. Cannon**
Date                         Clerk, United States District Court
                             by *[signature]*

{# 246648.1} Page 2 of 2   742919.2 10/31/02