IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. MJG-02CV-3542 |
| UNITED STATES OF AMERICA, *et al.* | ) ) ) |
| Defendants. | ) ) ) |

### ORDER

Having reviewed Plaintiff's Stipulated Motion to Extend Time, it is this 19th day of December, 2002, ORDERED that Defendant Heller Financial, Inc. shall respond to the Amended Complaint on or before January 16, 2003.

_____
Marvin J. Garbis, Judge

747067.1 12/10/02