ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| INTERNATIONAL MARINE & <br> INDUSTRIAL APPLICATORS, INC. <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al*, <br><br> Defendants. | Case No. MJG 02-CV-3542 |

## STIPULATION EXTENDING TIME FOR DEFENDANT
## HELLER FINANCIAL, INC. TO RESPOND TO COMPLAINT

Plaintiff International Marine & Industrial Applicators, Inc. and Defendant Heller Financial, Inc., by their undersigned attorneys, hereby stipulate and agree on this 10th of January, 2003, that the time for the Defendant Heller Financial, Inc. to respond to the Complaint filed by the Plaintiff International Marine & Industrial Applicators, Inc. is hereby extended through and including January 27, 2003.

_____
Richard M. Kremen (Bar No. 00532)
Jodie E. Buchman (Bar No. 26004)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Attorneys for Heller Financial, Inc.

PEC by _____
Edward J. Baines (Bar No. 06776)
Patrick E. Clark (Bar No. 26628)
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201
(410) 332-8958

Attorneys for International Marine & Industrial Applicators, Inc.

SO ORDERED.

_____ 1/14/03
Judge Marvin J. Garbis

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of January 2003, copies of the foregoing Stipulation Extending Time for Defendant Heller Financial, Inc. to Respond to Complaint were sent by first class mail postage prepaid to:

>  Edward J. Baines
>  Patrick E. Clark
>  Saul Ewing LLP
>  100 S. Charles Street
>  Baltimore, Maryland 21201
>
>  Michael Schatzow
>  Tracey Cohen Paliath
>  Venable Baetjer and Howard LLP
>  Two Hopkins Plaza, Suite 1800
>  Baltimore, Maryland 21201

_____
Jodie E. Buchman

**Piper Rudnick**

6225 Smith Avenue
Baltimore, Maryland 21209-3600
*main* 410.580.3000  *fax* 410.580.3001

JODIE E. BUCHMAN
jodie.buchman@piperrudnick.com
*direct* 410.580.4806  *fax* 410.580.3001

January 10, 2003

**HAND DELIVERY**

Civil Clerk
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

>   Re:  *International Marine & Industrial Applicators, Inc. v. United States of America, et al.*
>         Civil Case No. MJG 02-CV-3542

Dear Clerk:

Enclosed for filing in the above-referenced case are the original and two (2) copies of the Stipulation Extending Time for Defendant Heller Financial, Inc. to Respond to Complaint.

Please date stamp a copy of the Stipulation and return it to the messenger who has been instructed to stand-by.

Thank you for your assistance in this matter.  Should you have questions, please do not hesitate to contact me.

>                       Very truly yours,
>
>                       *[signature]*
>
>                       Jodie E. Buchman

Enclosures

cc:   Richard M. Kremen, Esquire
       Steven J. Seif, Esquire
       John P. Amato, Esquire