ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN 27 P 4: 19
CLERK'S OFFICE
AT BALTIMORE
____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. MJG-02-CV-3542 |

## STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT HELLER FINANCIAL, INC. TO RESPOND TO COMPLAINT

Plaintiff International Marine & Industrial Applicators, Inc. and Defendant Heller Financial, Inc., by their undersigned attorneys, hereby stipulate and agree on this 24th of January, 2003, that the time for the Defendant Heller Financial, Inc. to respond to the Complaint filed by the Plaintiff International Marine & Industrial Applicators, Inc. is hereby further extended through and including February 10, 2003.

_____
Richard M. Kremen (Bar No. 00532)
Jodie E. Buchman (Bar No. 26004)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Attorneys for Heller Financial, Inc.

PEC by _____
Edward J. Baines (Bar No. 06776)
Patrick E. Clark (Bar No. 26628)
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201
(410) 332-8958

Attorneys for International Marine & Industrial Applicators, Inc.

SO ORDERED.

_____ 1/27/03
Judge Marvin J. Garbis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 24$^{h}$ day of January 2003, copies of the foregoing Stipulation Further Extending Time for Defendant Heller Financial, Inc. to Respond to Complaint were sent by first class mail postage prepaid to:

> Edward J. Baines
> Patrick E. Clark
> Saul Ewing LLP
> 100 S. Charles Street
> Baltimore, Maryland 21201
>
> Michael Schatzow
> Tracey Cohen Paliath
> Venable Baetjer and Howard LLP
> Two Hopkins Plaza, Suite 1800
> Baltimore, Maryland 21201
>
> Robert D. McCallum, Jr.
> Thomas M. Dibiagio
> Thomas F. Corcoran
> 6625 United States Courthouse
> 101 W. Lombard Street
> Baltimore, Maryland 21201
>
> Gregg A. Cervi
> Peter F. Frost
> Torts Branch, Civil Division
> U.S. Department of Justice
> P.O. Box 14271
> Washington, D.C. 20044-4271

_____
Jodie E. Buchman

~BALT1:3639585.v1  1/23/03
14040-2