IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| INTERNATIONAL MARINE & <br> INDUSTRIAL APPLICATORS, INC., | ) <br> ) <br> ) | Case No. MJG 02-CV-3542 |
| Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| UNITED STATES OF AMERICA, *et al,* | ) <br> ) | |
| Defendants. | ) <br> ) | |
| BALTIMORE MARINE INDUSTRIES, INC., | ) <br> ) <br> ) | |
| Counter-Plaintiff | ) <br> ) | |
| v. | ) <br> ) | |
| INTERNATIONAL MARINE & <br> INDUSTRIAL APPLICATORS, INC., | ) <br> ) <br> ) | |
| Counter-Defendant. | ) <br> ) | |

## STIPULATION FURTHER EXTENDING TIME FOR COUNTER-DEFENDANT INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC. TO RESPOND TO COUNTER-COMPLAINT

Defendant/Counter-Plaintiff, Baltimore Marine Industries, Inc., and

Plaintiff/Counter-Defendant, International Marine & Industrial Applicators, Inc., by their

undersigned attorneys, hereby stipulate and agree on this 28th day of January, 2003, that the





752137.1 1/28/03

time for the Plaintiff/Counter-Defendant to respond to the Counter-Complaint filed by the Defendant/Counter-Plaintiff is hereby extended through and including February 7, 2003.

_____
Edward J. Baines (Bar No. 06776)
Patrick E. Clark (Bar No. 26628)
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201
(410) 332-8958

Attorneys for International Marine & Industrial Applicators, Inc.

_____
Michael Schatzow (Bar No. 00251)
Tracey Cohen Paliath (Bar No. 25752)
Venable, Baetjer & Howard, LLP
18000 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Attorneys for Defendant Baltimore Marine Marine Industries, Inc.

SO ORDERED

_____ 1/29/03
Judge Marvin J. Garbis

## NOTICE OF SERVICE

I hereby certify that on this 28th day of January, 2003, a copy of the above Stipulation was sent via first-class mail, postage pre-paid, to:

John P. Amato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Michael Schatzow, Esquire
Tracey Cohen Paliath, Esquire
Venable LLP
1800 Mercantile Building
2 Hopkins Plaza
Baltimore, MD  21201

Gregg A. Cervi, Esquire
Peter F. Frost, Esquire
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271

Richard M. Kremen, Esquire
Jodie E. Buchman, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD  21209-3600

Thomas DiBagio, Esquire
Thomas Corcoran, Esquire
Office of the U.S. Attorney
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201-2692

_____
Patrick E. Clark