# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., etc., | : |
| Plaintiff, | : |
| v. | :    CIVIL ACTION NO. MJG-02-3542 |
| UNITED STATES OF AMERICA, BALTIMORE MARINE INDUSTRIES, INC. and HELLER FINANCIAL, INC., | : |
| Defendants. | : |

...ooOoo...

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Thomas F. Corcoran, Esquire, a member of the Bar of this Court, moves the admission of Peter Frost, Esquire, to appear pro hac vice in the above-captioned proceeding as counsel for the United States of America, movant and the proposed Admittee respectfully certify as follows:

1) The proposed Admittee is a member in good standing of the State Bar of California since 1983 - no. 110454 (inactive), the D.C. Bar since 1986 - no. 369932 (active), the Maryland Court of Appeals Bar since 1989 (active), the U.S. District Court for the Southern District of California since 1983, the U.S. Court of Military Appeals since 1989, the U.S. Claims Court since 1991, the U.S. Supreme Court since 1989; the 4th Circuit Court of Appeals since 1992, the 1st Circuit Court of Appeals since 2002 and the 5th Circuit Court of Appeals since 2002.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed Admittee has not been admitted pro hac vice to this Court.

3) The proposed Admittee has never been disbarred, suspended or denied admission to practice.

4) The proposed Admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed Admittee in this proceeding will be the undersigned, who has been formally admitted to the Bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the Bar of this Court.

Respectfully submitted,

Movant:

_____
Thomas F. Corcoran  (24894)
Assistant United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201-2692
Phone: 410-209-4834

Proposed Admittee:

_____
Peter Frost
Trial Attorney
Torts Branch, Civil Division, DOJ
Aviation and Admiralty Litigation
1425 New York Avenue, N.W., Room 8038
Washington, D.C.  20530
Phone:  202-616-4031

**O R D E R**

Motion for Admission Pro Hac Vice is GRANTED this ____ day of January, 2003.

_____
MARVIN J. GARBIS
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2003, a copy of the foregoing Motion for Admission Pro Hac Vice was mailed, postage prepaid, to:

Edward J. Baines, Esquire
Patrick E. Clark, Esquire
SAUL EWING, L.L.P.
100 South Charles Street
Baltimore, Maryland 21201
Counsel for Plaintiff, International Marine &
Industrial Applicators, Inc., etc.

Michael Schatzow, Esquire
Tracey C. Paliath, Esquire
Venable Baetjer & Howard, L.L.P.
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Counsel for Defendant, Baltimore Marine Industries, Inc.

Richard Kremen, Esquire
Jodie E. Buchman, Esquire
Piper Rudnick, L.L.P.
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Counsel for Defendant, Heller Financial, Inc.

_____
Thomas F. Corcoran
Assistant United States Attorney