IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., ) ) ) | Case No. MJG 02-CV-3542 |
| Plaintiff, ) ) |  |
| v. ) ) |  |
| UNITED STATES OF AMERICA, *et al*, ) ) |  |
| Defendants. ) ) |  |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* filed by the Defendant Heller Financial, Inc., it is this ____ day of February, 2003, by the United States District Court for Maryland hereby

ORDERED that the Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further

ORDERED that John P. Amato is hereby permitted to appear *pro hac vice* in this case as co-counsel for Defendant Heller Financial, Inc.

SO ORDERED.

Felicia C. Cannon
_____
Clerk, United States District Court
by: [signature]

