IN THE UNITED STATES DISTRICT COURT  **ORIGINAL**
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

FILED
2003 FEB 12 P 2:48

|  |  |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., | ) ) ) Case No. MJG 02-CV-3542 |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, et al, | ) ) |
| Defendants. | ) ) |

### STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT HELLER FINANCIAL, INC. TO RESPOND TO AMENDED COMPLAINT

Plaintiff International Marine & Industrial Applicators, Inc. and Defendant Heller Financial, Inc., by their undersigned attorneys, hereby stipulate and agree on this 11th of February, 2003, that the time for the Defendant Heller Financial, Inc. to respond to the Amended Complaint filed by the Plaintiff International Marine & Industrial Applicators, Inc. is hereby further extended through and including March 7, 2003.

/s/ Richard M. Kremen                           PEC by /s/
Richard M. Kremen (Bar No. 00532)               Edward J. Baines (Bar No. 06776)
Jodie E. Buchman (Bar No. 26004)                Patrick E. Clark (Bar No. 26628)
Piper Rudnick LLP                               Saul Ewing LLP
6225 Smith Avenue                               100 S. Charles Street
Baltimore, Maryland 21209                       Baltimore, Maryland 21201
(410) 580-3000                                  (410) 332-8958

Attorneys for Heller Financial, Inc.            Attorneys for International Marine & Industrial Applicators, Inc.

SO ORDERED.

/s/ Marvin J. Garbis  2/12/03
Judge Marvin J. Garbis



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 11th day of February 2003, copies of the foregoing Stipulation Further Extending Time for Defendant Heller Financial, Inc. to Respond to Amended Complaint were sent by first class mail postage prepaid to:

> Edward J. Baines
> Patrick E. Clark
> Saul Ewing LLP
> 100 S. Charles Street
> Baltimore, Maryland 21201
>
> Michael Schatzow
> Tracey Cohen Paliath
> Venable Baetjer and Howard LLP
> Two Hopkins Plaza, Suite 1800
> Baltimore, Maryland 21201
>
> Robert D. McCallum, Jr.
> Thomas M. Dibiagio
> Thomas F. Corcoran
> 6625 United States Courthouse
> 101 W. Lombard Street
> Baltimore, Maryland 21201
>
> Gregg A. Cervi
> Peter F. Frost
> Torts Branch, Civil Division
> U.S. Department of Justice
> P.O. Box 14271
> Washington, D.C. 20044-4271
>
> John P. Amato
> Hahn & Hessen LLP
> 488 Madison Avenue
> 14th and 15th Floor
> New York, NY 10022

_____
Jodie E. Buchman

# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
main 410.580.3000  fax 410.580.3001

JODIE E. BUCHMAN
jodie.buchman@piperrudnick.com
direct 410.580.4806  fax 410.580.3001

February 11, 2003

**HAND DELIVERY**

Civil Clerk
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re:   *International Marine & Industrial Applicators, Inc. v. United States of America, et al.*
         Civil Case No. MJG 02-CV-3542

Dear Clerk:

   Enclosed for filing in the above-referenced case are the original and two (2) copies of the Stipulation Further Extending Time for Defendant Heller Financial, Inc. to Respond to Amended Complaint.

   Please date stamp a copy of the Stipulation and return it to the messenger who has been instructed to stand-by.

   Thank you for your assistance in this matter. Should you have questions, please do not hesitate to contact me.

                               Very truly yours,

                               Jodie E. Buchman

Enclosures

cc:   Richard M. Kremen, Esquire
      John P. Amato, Esquire