FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -3 P 3: 34

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 28 P 2: 08

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC. | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. MJG-02-CV-3542 |
| | * | |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION ALLOWING DEFENDANT BALTIMORE MARINE INDUSTRIES, INC. TO AMEND ITS AMENDED ANSWER AND COUNTERCLAIM

Plaintiff International Marine & Industrial Applicators, Inc., Defendant Baltimore

Marine Industries, Inc., Defendant Heller Financial, Inc., and Defendant United States of

America, by their undersigned attorneys, hereby stipulate and consent on this __ day of

February, 2003, that Defendant Baltimore Marine Industries, Inc. may amend its

Amended Answer and Counterclaim as reflected in the attached Second Amended

Answer and Counterclaim.


_Tracey Cohen Paliath_

Michael Schatzow (Bar No. 251)
Tracey Cohen Paliath (Bar No. 25752)
VENABLE, BAETJER & HOWARD, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400


*Counsel for Defendant Baltimore Marine
Industries, Inc.*


_Patrick E. Clark /TCP_

Edward J. Baines (Bar No. 6776)
Patrick E. Clark (Bar No. 26628)
Saul Ewing LLP
100 S. Charles Street
Baltimore, MD 21201
(410) 332-8958


*Counsel for Defendant International
Marine & Industrial Applicators, Inc.*

_Gregg A. Cervi /TCP_

| | |
|---|---|
| Richard M. Kremen (Bar No. 532) | Gregg A. Cervi |
| Jodie E. Buchman (Bar No. 26004) | Peter F. Frost |
| Piper Rudnick LLP | Torts Branch, Civil Division |
| 6225 Smith Avenue | U.S. Department of Justice |
| Baltimore, MD 21209 | P.O. Box 14271 |
| (410) 580-3000 | Washington, DC 20044-4271 |

*Counsel for Defendant Heller Financial, Inc.*

*Counsel for Defendant United States of America*

SO ORDERED:

_____

Hon. Marvin J. Garbis

-2-

::ODMA\PCDOCS\BA2DOCS1\208795\1

_____
Richard M. Kremen (Bar No. 532)
Jodie E. Buchman (Bar No. 26004)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000

*Counsel for Defendant Heller Financial,
Inc.*

Gregg A. Cervi
Peter F. Frost
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271

*Counsel for Defendant United States of
America*

SO ORDERED:

_____
Hon. Marvin J. Garbis

C:\TEMP\stipulation second amended answer.doc