IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.<br><br>Defendants. | Case No. MJG-02CV-3542 |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Heller Financial, Inc., by its undersigned attorneys, hereby moves to dismiss the Second Amended Complaint filed by Plaintiff International Marine & Industrial Applicators, Inc. The grounds and authorities for this motion are set forth in the accompanying declaration of John P. Amato, dated March 7, 2003, together with the exhibits annexed thereto, and memorandum of law.

WHEREFORE, Defendant Heller Financial, inc. requests that this Court

(a) Dismiss the Second Amended Complaint; and

(b) Grant such other and further relief as is just and appropriate under the

circumstances.

Dated: New York, New York
March 7, 2003

                                      **PIPER RUDNICK LLP**
Attorneys for Defendant
Heller Financial, Inc.

/s/ Jodie E. Buchman

6225 Smith Avenue
Baltimore, MD 21209
Tel. (410) 580-3000
Fax (410) 580-3001

Of Counsel:
    John P. Amato (admitted *pro hac vice*)
    Hahn & Hessen LLP
    488 Madison Avenue
    New York, NY 10022
    Tel. (212) 478-7200
    Fax: (212) 478-7400


TO: THOMAS F. CORCORAN
    Assistant U.S. Attorney
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, MD 21201-2692
    Tel: (410) 209-4800
    Fax: (410) 962-2310

GREGG A. CERVI
PETER F. FROST
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Tel: (202) 616-4033 (Cervi)
Tel: (202) 616-4031 (Frost)
Fax: (202) 616-4159

EDWARD J. BAINES
PATRICK E. CLARK
SAUL EWING
100 South Charles Street, 16th Floor
Baltimore, MD 21201-2773
Tel: (410) 332-8600
Fax: (410) 332-8185

I. DAVID CHERNIAK
LAWRENCE J. SEITER
JOHNSTONE, ADAMS, BAILEY, GORDON and HARRIS, LLC
P.O. Box 1988
Mobile, AL 36633
Tel: (251) 432-7682
Fax: (251) 432-0712

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of March, 2003, copies of the foregoing Motion to Dismiss, Memorandum in Support of Motion to Dismiss and proposed Order Granting Motion to Dismiss were sent by first class mail, postage pre-paid on the following:

THOMAS F. CORCORAN
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
Tel: (410) 209-4800
Fax: (410) 962-2310

GREGG A. CERVI
PETER F. FROST
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Tel: (202) 616-4033 (Cervi)
Tel: (202) 616-4031 (Frost)
Fax: (202) 616-4159

EDWARD J. BAINES
PATRICK E. CLARK
SAUL EWING
100 South Charles Street, 16th Floor
Baltimore, MD 21201-2773
Tel: (410) 332-8600
Fax: (410) 332-8185

I. DAVID CHERNIAK
LAWRENCE J. SEITER
JOHNSTONE, ADAMS, BAILEY, GORDON and HARRIS, LLC
P.O. Box 1988
Mobile, AL 36633
Tel: (251) 432-7682
Fax: (251) 432-0712

/s/ Jodie E. Buchman