IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.<br><br>Defendants. | Case No. MJG-02CV-3542 |

### DECLARATION OF JOHN P. AMATO IN SUPPORT OF MOTION OF HELLER FINANCIAL, INC. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

I, **JOHN P. AMATO**, do hereby declare as follows:

1. I am a member of the law firm of Hahn & Hessen LLP, co-counsel for defendant Heller Financial, Inc. ("Heller") in the above-captioned matter.

2. I submit this declaration in support of Heller's motion pursuant to Fed. R. Civ. P. 12(b)(6), for entry of an order dismissing the second amended complaint of plaintiff, International Marine & Industrial Applicators, Inc. ("IMIA"), with prejudice against it.

3. IMIA commenced this action by filing a complaint on or about October 29, 2002.

4. On or about November 13, 2002, IMIA filed an Amended Complaint as of right.

5. On or about January 3, 2003, IMIA filed a motion to amend its first Amended Complaint pursuant to Fed. R. Civ. P. Rule 15(a) and attached a copy of its Second Amended Complaint to its motion. A copy of the Second Amended Complaint is annexed hereto as Exhibit "A". Heller consented to IMIA's motion to amend. Accordingly, Heller's instant motion seeks dismissal of IMIA's Second Amended Complaint. If, for some reason, the Court does not grant IMIA leave to file the Second Amended Complaint, Heller respectfully requests its motion be deemed a motion to dismiss IMIA's first Amended Complaint.

6. On May 22, 2000, Heller filed a UCC-1 Financing Statement with the Secretary of State of the State of Maryland with respect to Baltimore Marine Industries, Inc. A copy of Heller's financing statement as filed is annexed hereto as Exhibit "B".

7. On or about January 23, 2003, the United States filed a motion to dismiss IMIA's Amended Complaint with respect to defendant United States. A copy of the United States' memorandum in support of its motion is annexed hereto as Exhibit "C".

8. On or about February 10, 2003, IMIA filed a memorandum in opposition to the United States' motion to dismiss. A copy of IMIA's memorandum is annexed hereto as Exhibit "D".

9. On or about February 24, 2003, the United States filed a reply memorandum in further support of its motion to dismiss the Amended Complaint. A copy of the United States' reply memorandum is annexed hereto as Exhibit "E".

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 7, 2003

/s/ John P. Amato