Exhibit B

# STATE OF MARYLAND
## FINANCING STATEMENT  FORM UCC-1

Identifying File No. _____

ALL INFORMATION MUST BE TYPEWRITTEN OR PRINTED IN INK. SIGNATURES MUST BE IN INK

If transaction or transactions wholly or partially subject to recordation tax indicate amount of taxable debt here. $52,500.00

Total debt $10,500,000.00

This financing statement Dated: 5/16/00 is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

**1. DEBTOR**

Name: Baltimore Marine Industries, Inc.

Address: 600 Shipyard Road, BALTIMORE, MD 21219-1873

**2. SECURED PARTY**

Name: Heller Financial, Inc., as Agent

Address: 500 West Monroe Street, CHICAGO, IL 60661

LEXIS DOCUMENT SERVICES INC PO BOX 2969, SPRINGFIELD, IL 62708

Person And Address To Whom Statement Is To Be Returned If Different From Above.

**3. 9-401 (1) (c)**

I - County where debtor's principal place of business is: Baltimore County

II - Debtor's County residence in State: Baltimore County

III - Or if no residence or place of business, state that this paragraph does not apply: _____

**4.** This financing statement covers the following types (or items) of property (list):

All now owned or hereafter acquired accounts, goods, inventory, equipment, general intangibles, fixtures, investment property, documents, books and records, products and proceeds of the foregoing including, without limitation, property described on Exhibit A attached hereto.

*The recordation tax in connection with this UCC-1 Financing Statement has been paid with the recording of the Deed of Trust filed with the Land Records of Baltimore County, Maryland

CHECK ☒ THE LINES WHICH APPLY

**5.** ☐ (If collateral is crops) The above described crops are growing or are to be grown on: (describe real estate)

☐ (If collateral is goods which are or are to become fixtures) The above described goods are affixed or to be affixed to:

RETURN TO:
LEXIS® DOCUMENT SERVICES
Post Office Box 2969
Springfield, Illinois 62708

☐ (Proceeds of collateral are also covered)

(Signature of Debtor)
Baltimore Marine Industries, Inc.

RECORDED ON 05/22/2000 AT 12:29 PM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
BO # 0000317185   FIL # 1000182813000000
ORIGINAL LIEN NUMBER: 000000018104830T
LIBER: U00110   FOLIO: 2229   PAGES: 0004
RECORDING FEE:        20.00
RECORDATION TAX:       0.00
EXPEDITED FEE:        30.00

Name and address of Assignee: _____

☐ (Products of collateral are also covered)
MD-SOS

(Signature of Secured Party)
Heller Financial, Inc., as Agent
Type or Print Above Signature on Above Line

MAY-16-2000 TUE 11:03 AM Continental/ Sopher        FAX NO. 410 625 4725        P. 02/02

**AFFIDAVIT**

STATE OF: MARYLAND

COUNTY/CITY OF: BALTIMORE        (to wit:

BEFORE ME, the undersigned authority personally appeared Calais Thompson, Vice-President of Baltimore Marine Industries, Inc., a body corporate of the State of Delaware who disposes and says that:

1. The total amount of secured debt of the Deed of Trust to which this affidavit is made a part (the "Deed of Trust") has not been incurred at the time of recording or filing of the Deed of Trust.

2. The principal amount of debt incurred in connection with the Deed of Trust at the time of recording or filing of the Deed of Trust is $ 10,500,000.00.

3. Recording tax paid in connection with the principal amount of debt incurred at the time of recording or filing of the Deed of Trust is $ 52,500.00.

4. On or before seven (7) days after any additional debt is incurred in connection with the Deed of Trust, a statement under oath of the amount of additional debt shall be filed with the clerk of the circuit court and the appropriate recording tax shall be paid.

5. Borrower's election to pay recording tax as additional debt is incurred is responsible for payment of the additional tax and any penalty provided by Section 14-1012 of the Annotated Code of Maryland Tax-Property Article.

WITNESS:                                BALTIMORE MARINE INDUSTRIES, INC.

_____        BY: _____ (SEAL)
                                                Calais Thompson, Vice-President

STATE OF MARYLAND, CITY/COUNTY BALTIMORE, to wit:

I HEREBY CERTIFY, that on this _15th_ day of May, 2000 before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Calais Thompson, who acknowledged himself to be the Vice-President of Baltimore Marine Industries, Inc., and that he as such Vice-President being authorized so to do, executed the aforegoing instrument for the purpose therein contained, by signing in my presence, the name of the corporation by himself as such Vice-President.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____ (SEAL)
Notary Public

My Commission Expires: _6-1-2004_

EXHIBIT A

Exhibit A to UCC-1 Financing Statement by and between BALTIMORE MARINE INDUSTRIES, INC., Debtor, and HELLER FINANCIAL, INC., as Agent, the Secured Party.

The Collateral shall consist of:

(A) all of Debtor's presently existing and hereafter created "accounts" (as defined in the Uniform Commercial Code as adopted in the State of Illinois ("UCC")), accounts receivable, contract rights and general intangibles relating thereto, notes, drafts and other forms of obligations owed to or owned by Debtor arising or resulting from the sale of goods or the rendering of services, all proceeds thereof, all guaranties and security therefor, and all goods and rights represented thereby or arising therefrom including the rights of stoppage in transit, replevin and reclamation;

(B) all of Debtor's "inventory" (as defined in the UCC) now owned or hereafter acquired by Debtor, wherever located, including, without limitation, finished goods, raw materials, work in process and other materials and supplies used or consumed in Debtor's business and goods which are returned to or repossessed by Debtor;

(C) all of Debtor's "general intangibles" (as defined in the UCC);

(D) all of Debtor's "documents" (as defined in the UCC); or other receipts covering, evidencing or representing goods;

(E) all of Debtor's "instruments" and "chattel paper" (as such terms are defined in the UCC);

(F) all of Debtor's "equipment" (as defined in the UCC) now owned or hereafter acquired by Debtor including, without limitation, all furniture, furnishings, fixtures, machinery, motor vehicles, trucks, trailers, vessels, aircraft and rolling stock and all parts thereof and all additions and accessions thereto and replacements therefor;

(G) all of Debtor's "investment property" (as defined in the UCC) including, without limitation, all securities (certificated and uncertificated), security accounts, security entitlements, commodity contacts and commodity accounts;

(H) all of Debtor's present and future designs, patents, patent rights and applications therefor, trademarks and registrations or applications therefor, trade names, inventions, copyrights and all applications and registrations therefor, software or computer programs, license rights, trade secrets, methods, processes, know-how, drawings, specifications, descriptions, and all memoranda, notes and records with respect to any research and development, whether now owned or hereafter acquired by Debtor, all goodwill associated with any of the foregoing, and proceeds of all of the foregoing, including, without limitation, proceeds of insurance policies thereon ;

(I) all of Debtor's deposit accounts maintained with any bank or financial institution;

(J) all of Debtor's cash and other monies and property of Debtor in the possession or under the control of Secured Party or any financial institution with respect to which Secured Party is the agent under a credit facility with Debtor;

(K) all of Debtor's books, records, ledger cards, files, correspondence, computer programs, tapes, disks and related data processing software that at any time evidence or contain information relating to any of (A), (B), (C), (D), (E), (F), (G), (H), (I) or (J) or are otherwise necessary or helpful in the collection thereof or realization thereon; and

(L) all proceeds and products of all or any of (A), (B), (C), (D), (E), (F), (G), (H), (I), (J) and (K), including, without limitation, the proceeds of any insurance policies covering any of the above described property.