IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

INTERNATIONAL MARINE & )
INDUSTRIAL APPLICATORS, INC., )
an Alabama Corporation )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　)　　Case No. MJG-02CV-3542
　　　　v. )
　　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA, and )
　　　　　　　　　　　　　　　　　　　)
BALTIMORE MARINE )
INDUSTRIES, INC., and )
　　　　　　　　　　　　　　　　　　　)
HELLER FINANCIAL, INC. )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants. )

## ORDER GRANTING MOTION TO DISMISS
## OF DEFENDANT HELLER FINANCIAL, INC.

Upon consideration of Defendant Heller Financial, Inc.'s Motion to Dismiss, and any opposition thereto, it is this _____ day of _____, 2003, hereby

**ORDERED,** that Defendant Heller Financial, Inc.'s Motion to Dismiss is hereby GRANTED; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint is DISMISSED against Heller Financial, Inc.

SO ORDERED:

_____
The Honorable Marvin J. Garbis
United States District Court for District of Maryland

cc:  ATTACHED SERVICE LIST

Copies to:

THOMAS F. CORCORAN
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
Tel: (410) 209-4800
Fax: (410) 962-2310

GREGG A. CERVI
PETER F. FROST
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Tel: (202) 616-4033 (Cervi)
Tel: (202) 616-4031 (Frost)
Fax: (202) 616-4159

EDWARD J. BAINES
PATRICK E. CLARK
SAUL EWING
100 South Charles Street, 16th Floor
Baltimore, MD 21201-2773
Tel: (410) 332-8600
Fax: (410) 332-8185

I. DAVID CHERNIAK
LAWRENCE J. SEITER
JOHNSTONE, ADAMS, BAILEY, GORDON and HARRIS, LLC
P.O. Box 1988
Mobile, AL 36633
Tel: (251) 432-7682
Fax: (251) 432-0712

JODIE E. BUCHMAN
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, MD 21209
Tel: (410) 580-3000
Fax: (410) 580-3001

JOHN P. AMATO
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Tel: (212) 478-7200
Fax: (212) 478-7400