IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., | ) ) ) | Case No. MJG 02-CV-3542 |
| Plaintiff | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al*, | ) ) | |
| Defendants. | ) ) ) | |

### STIPULATION TO EXTEND FILING DEADLINES FOR MOTIONS PAPERS

Plaintiff, International Marine & Industrial Applicators, Inc. ("IMIA"), and Defendant, Heller Financial, Inc. ("Heller"), by their undersigned attorneys, hereby stipulate and agree on this 20th day of March, 2003, that the time for IMIA to file its Opposition to Heller's Motion to Dismiss is hereby extended through and including April 4, 2003, and the time for Heller to file any response thereto is hereby extended through and including April 18, 2003.

| | |
|---|---|
| /s/ | /s/ |
| Edward J. Baines (Bar No. 06776) | Richard M. Kremen (Bar No. 532) |
| | |
| /s/ | /s/ |
| Patrick E. Clark (Bar No. 26628) | Jodie E. Buchman (Bar No. 26004) |
| Saul Ewing LLP | Piper Rudnick, LLP |
| 100 S. Charles Street | 6225 Smith Avenue |
| Baltimore, Maryland 21201 | Baltimore, MD 21209-3600 |
| (410) 332-8958 | (410) 580-3000 |
| Attorneys for International Marine & Industrial Applicators, Inc. | Attorneys for Defendant Baltimore Marine Marine Industries, Inc. |

(signed by Patrick E. Clark with
 permission of Edward J. Baines,
 Richard M. Kremen and Jodie E. Buchman)

757709.1 3/20/03

SO ORDERED

_____
Judge Marvin J. Garbis