IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., <br><br>　　　　Plaintiff <br><br>v. <br><br>UNITED STATES OF AMERICA, *et al*, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. MJG 02-CV-3542 |

**CERTIFICATE OF SERVICE OF STIPULATION
TO EXTEND FILING DEADLINES
<u>FOR MOTIONS PAPERS</u>**

　　　　I HEREBY CERTIFY that on this 20th day of March, 2003, a copy of the Stipulation to Extend Filing Deadlines for Motions Papers which was electronically filed in this case was mailed, first-class, postage prepaid to:

John P. Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Gregg A. Cervi, Esq.
Peter F. Frost, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 14271
Washington, DC 20044-4271

I. David Cherniak
Johnstone, Adams, Bailey, Gordon and
　Harris, LLC
P.O. Box 1988
Mobile, AL  36633

Richard M. Kremen
Piper Rudnick LLP
6225 Smith Ave.
Baltimore, MD  21209-3600

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Patrick E. Clark (Bar No. 26628)
　　　　　　　　　　　　　　　　　　　Saul Ewing LLP
　　　　　　　　　　　　　　　　　　　100 S. Charles Street
　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　　　(410) 332-8958

757758.1 3/20/03