IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.* <br><br> Defendants. | Case No. MJG-02CV-3542 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2003, a copy of Plaintiff's Memorandum In Opposition To The Motion To Dismiss Of Defendant Heller Financial, Inc. which was electronically filed in this case was mailed, first-class, postage prepaid to:

Gregg A. Cervi, Esq.
Peter F. Frost, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 14271
Washington, DC 20044-4271

I. David Cherniak, Esq.
Johnstone, Adams, Bailey Gordon and
    Harris, LLC
P.O. Box 1988
Mobile, AL  36633

_____
Patrick E. Clark (Bar No. 26628)
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201
(410) 332-8958