IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al*, <br><br> Defendants. | Case No. MJG 02-CV-3542 |

**STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT HELLER FINANCIAL, INC. TO FILE A REPLY TO OPPOSITION TO MOTION TO DISMISS FILED BY THE PLAINTIFF INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC.**

Plaintiff International Marine & Industrial Applicators, Inc. and Defendant Heller Financial, Inc., by their undersigned attorneys, hereby stipulate and agree on this 16th day of April, 2003, that the time for the Defendant Heller Financial, Inc. to file a Reply to the Opposition to Motion to Dismiss filed by the Plaintiff International Marine & Industrial Applicators, Inc. is hereby further extended through and including April 25, 2003.

| | |
|---|---|
| /s/   Jodie E. Buchman | /s/   Patrick E. Clark |
| Jodie E. Buchman (Bar No. 26004) <br> Piper Rudnick LLP <br> 6225 Smith Avenue <br> Baltimore, Maryland 21209 <br> (410) 580-3000 | Patrick E. Clark (Bar No. 26628) <br> Saul Ewing LLP <br> 100 S. Charles Street <br> Baltimore, Maryland 21201 <br> (410) 332-8958 |
| Attorneys for Heller Financial, Inc. | Attorneys for International Marine & Industrial Applicators, Inc. |

SO ORDERED.

_____
Judge Marvin J. Garbis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of April 2003, copies of the foregoing Stipulation Further Extending Time for Defendant Heller Financial, Inc. to File a Reply to the Opposition to Motion to Dismiss filed by the Plaintiff International Marine & Industrial Applicators, Inc. were sent by first class mail postage prepaid to:

Edward J. Baines
Patrick E. Clark
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201

Michael Schatzow
Tracey Cohen Paliath
Venable Baetjer and Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201

Robert D. McCallum, Jr.
Thomas M. Dibiagio
Thomas F. Corcoran
6625 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Gregg A. Cervi
Peter F. Frost
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

John P. Amato
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY  10022

_____/s/_____Jodie E. Buchman_____
Jodie E. Buchman