IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |  |
|---|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. MJG 02-CV-3542 |
| UNITED STATES OF AMERICA, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF'S MOTION FOR
LEAVE TO FURTHER AMEND COMPLAINT**

Plaintiff, International Marine & Industrial Applicators, Inc. ("IMIA"), hereby files this Motion for Leave to Further Amend its Complaint, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and states the following:

1. On October 29, 2002, IMIA filed its original Complaint against Defendants, the United States of America, Baltimore Marine Industries, Inc. ("BMI"), and Heller Financial, Inc. ("Heller"), asserting claims arising out of, *inter alia*, BMI's failure to pay sums due IMIA for work performed on certain vessels owned by the United States of America. The Complaint included causes of action under the Suits In Admiralty Act, 46 U.S.C. § 741 *et seq.*, as well as, *inter alia*, several common law causes of action.

2. On November 13, 2002, prior to the filing of any responsive pleading, IMIA filed an Amended Complaint that clarified certain causes of action, eliminated one cause

761681.1 4/25/03

of action, and reduced the amount of damages sought due to an intervening change in circumstances.

      3.    To date, BMI has answered the Amended Complaint and the United States and Heller have moved to dismiss the Amended Complaint. BMI has asserted a Counterclaim against IMIA and IMIA has answered that Counterclaim.

      4.    On January 31, 2003, IMIA filed a Motion for Leave to Amend its Complaint, seek to make minor wording changes and to add an additional cause of action to establish an equitable lien against BMI and Heller upon certain funds received from the United States.

      5.    This Court has not yet ruled on the United States' Motion to Dismiss, BMI's Motion to Dismiss, or IMIA's Motion for Leave to Amend Complaint, nor has it entered a scheduling order.

      6.    IMIA now seeks to amend its Complaint to add an additional cause of action against the United States to establish an equitable lien or interest upon certain funds wrongfully disbursed to BMI by the United States. A copy of the proposed Third Amended Complaint is attached hereto as Exhibit A, and a blacklined version showing the changes from the Second Amended Complaint is attached hereto as Exhibit B.

      7.    IMIA's proposed amendment satisfies the standards of Fed. R. Civ. P. 15(a), as applied by the Supreme Court in *Foman v. Davis*, 371 U.S. 178, 182 (1962). No written discovery or depositions have been scheduled or taken place. Defendants will therefore have a full and fair opportunity to conduct discovery on all claims asserted in the proposed Third Amended Complaint, and they will not be prejudiced in any way. *See Ward Elec. Serv.,*

*Inc. v. First Commercial Bank*, 819 F.2d 496, 497 (4th Cir. 1987) (citing *Foman* and *Davis v. Piper Aircraft Corp.*, 615 F.2d 606, 613 (4th Cir. 1980).

        8.    In light of the foregoing and pursuant to Fed. R. Civ. P. 15(a), IMIA requests that this Court grant it leave to further amend its Complaint in the form of the Third Amended Complaint that is attached hereto as Exhibit 1.

        WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

        a.    Granting IMIA leave to further amend its Complaint in the form of the Third Amended Complaint attached hereto as Exhibit 1; and

        b.    Providing that the Third Amended Complaint shall be deemed served and filed upon entry of the Order granting leave to amend.

Respectfully submitted,

_____/s/_____
Edward J. Baines, Federal Bar No. 06776
Patrick E. Clark, Federal Bar No. 26628
Saul Ewing LLP
100 South Charles St., 16th Floor
Baltimore, Maryland 21201-2773
(410) 332-8600
(410) 332-8185 (fax)

Attorneys for Plaintiff International Marine &
  Industrial Applicators, Inc.

OF COUNSEL:
I. David Cherniak, Federal Bar No. CHERI8107
Lawrence J. Seiter, Federal Bar No. SEITL4720
Johnstone, Adams, Bailey, Gordon and Harris, LLC
P. O. Box 1988
Mobile, Alabama 36633
(251) 432-7682
(251) 432-0712 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |  |
|---|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. MJG 02-CV-3542 |
| UNITED STATES OF AMERICA, *et al.* | ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Further Leave to Amend Complaint, and all relevant papers, it is this _____ day of _____, 2003, hereby ORDERED:

1. That Plaintiff's Motion be and the same is hereby GRANTED; and

2. That Plaintiff's Third Amended Complaint be and the same hereby is deemed served and filed upon the date of this Order.

_____
The Honorable Marvin J. Garbis

761681.1 4/25/03