# BASTIANELLI, BROWN & KELLEY
### CHARTERED

TWO LAFAYETTE CENTRE
1133 21ST STREET, N.W.
SUITE 500
WASHINGTON, D.C. 20036
(202) 293-8815

AN L. BASTIANELLI, III
'CHELL BROWN*
.P R. CROESSMANN*
.ES A. KELLEY*
LAWRENCE C. MELTON*
CHARLES M. REIFEL
GEORGE W. STIFFLER
TINA S. TISINGER*
DONALD A. TOBIN
RONALD H. USCHER*
NICK R. HOOGSTRATEN †
LORI ANN LANGE †

COUNSEL
H. CLAYTON COOK, JR.
MARCUS W. SISK, JR.

* ALSO ADMITTED IN VIRGINIA
† ALSO ADMITTED IN MARYLAND

ALSO OFFICES IN
BALTIMORE, MARYLAND
(410) 837-5206 AND
ALEXANDRIA, VIRGINIA
(703) 549-7016

FACSIMILE
(202) 293-7994

bbk@govconlaw.com

June 10, 2002

<u>VIA FACSIMILE</u>

Stephen P. Anderson, Esquire
Department of the Navy
SUPSHIP Portsmouth
P.O. Box 215
Portsmouth, Virginia 23705

    Re:    RESOLUTE (AFDM-10)

Dear Steve:

    This firm represents, International Marine and Industrial Applicators, Inc. ("IMIA"). As you are aware, IMIA was the blasting and coating subcontractor to Baltimore Marine Industries ("BMI") on the RESOLUTE contract.

    During subcontract performance, IMIA encountered steel deterioration and other problems in the ballast tanks and voids. IMIA submitted a Request for Change Order to BMI seeking to recover its additional costs. BMI forwarded IMIA's claim to SUPSHIP along with its own claim.

    It is our understanding that SUPSHIP and BMI have negotiated a settlement of BMI's claim which included IMIA's additional costs. Please be advised that IMIA and BMI *have not* reached a settlement on IMIA's claim and IMIA *has not* been paid its additional costs. IMIA continues to look to the Government to ensure full and complete payment of the additional work that IMIA performed for the benefit of the Government.

    Please be advised that IMIA is attempting to reach a settlement with BMI as well as a mechanism for payment. In accordance with our previous practice, once IMIA has received payment, IMIA would be willing to sign a release as required by SUPSHIP.

**BASTIANELLI, BROWN & KELLEY**
CHARTERED

Stephen P. Anderson, Esquire
June 10, 2002
Page 2

    Please feel free to contact me if you have any questions.

                         Very truly yours,

                         James A. Kelley

M:\MACI\011\32.WPD