IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL MARINE & | ) | |
| INDUSTRIAL APPLICATORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. MJG-02CV-3542 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of April, 2003, a copy of the foregoing

Plaintiff's Motion for Leave to Further Amend Complaint, which was electronically filed in this

case was mailed, first-class, postage prepaid

to:

Gregg A. Cervi, Esq.
Peter F. Frost, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 14271
Washington, DC 20044-4271

I. David Cherniak, Esq.
Johnstone, Adams, Bailey Gordon and
    Harris, LLC
P.O. Box 1988
Mobile, AL  36633

_____/s/_____
Patrick E. Clark (Bar No. 26628)
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201
(410) 332-8958