**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, and )<br><br>BALTIMORE MARINE INDUSTRIES, INC., and )<br><br>HELLER FINANCIAL, INC. )<br><br>Defendants. ) | Case No. MJG-02CV-3542 |

## UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FURTHER AMEND COMPLAINT

The United States opposes Plaintiff's Motion for Leave to Further Amend the Complaint. This is the Plaintiff's third amendment to its complaint, which was filed over six months ago. Two defendants, including the United States, have pending motions to dismiss.

Plaintiff's third attempt to amend its complaint prejudices the government through undue delay, shows a dilatory motive, indicates a repeated failure to cure deficiencies by amendments previously allowed, and is a futile attempt to restate a cause of action against the United States in equitable terms even though such a cause of action is expressly prohibited at law, as noted in the United States Motion to Dismiss.  See, Foman v. Davis, 371 U.S. 178 (1962); Ward Electronics Service, Inc., v. First Commercial Bank, 819 F.2d 496 (4th Cir. 1987).

For these reasons, the United States requests that Plaintiff's motion be denied. However, should the Court grant the motion, the United States requests the Court's permission to supplement its Motion to Dismiss to address Plaintiff's new allegations.

Dated: May 6, 2003.

        Respectfully submitted,

        ROBERT D. McCALLUM, JR.
        Assistant Attorney General

        THOMAS M. DIBIAGIO
        United States Attorney

        THOMAS F. CORCORAN
        Assistant U.S. Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, MD 21201-2692
        Tel: 410-209-4800
        Fax: 410-962-2310


        _____
        GREGG A. CERVI, Trial Attorney
        PETER F. FROST, Senior Admiralty Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 14271
        Washington, DC  20044-4271
        Telephone: (202) 616-4033 (Cervi)
        Telephone: (202) 616-4031 (Frost)
        Facsimile: (202) 616-4159

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Reply to Plaintiff's Motion for leave to Further Amend Complaint was filed electronically and delivered via U.S. Mail postage pre-paid, this 6th day of May, 2003, addressed to the following counsel of record:

Edward J. Baines
Patrick E. Clark
Saul Ewing
100 South Charles St., 16th Floor
Baltimore, MD 21201-2773
Tel: 410-332-8600
Fax: 410-332-8185

I. David Cherniak
Lawrence J. Seiter
Johnstone, Adams, Bailey, Gordon and Harris, LLC
P.O. Box 1988
Mobile, AL 36633
Tel: 251-432-7682
Fax: 251-432-0712

Michael Schatzow
Tracey Cohen Paliath
Venable Baetjer and Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore MD 21201
(410) 244-7400
(410) 244-7742 (fax)

Richard M. Kremen
Jodie Elizabeth Buchman
Piper Rudnick LLP
6225 Smith Ave.
Baltimore, MD 21209-3600
Tel: (410) 580-3000
Fax: (410) 580-3001

John P. Amato, Esq.
Hahn & Hessen LLP
488 Madison Ave.
New York, NY 10022

_____
GREGG A. CERVI
PETER F. FROST

Copy to: Thomas Corcoran, Assistant U.S. Attorney