```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

INTERNATIONAL MARINE              \*
INDUSTRIAL APPLICATORS, INC.
                                     \*
       Plaintiff
                                     \*
   vs.                         CIVIL ACTION NO. MJG-02-3542
                                     \*
UNITED STATES OF AMERICA, et al.
                                     \*
       Defendant
\*      \*      \*      \*      \*      \*      \*      \*      \*

## MEMORANDUM AND ORDER

The Court has before it the Motion to Dismiss filed by Heller Financial, Inc., United States' Motion to Dismiss, Plaintiff's Motion For Leave to Amend Complaint, Plaintiff's Motion for Leave to Further Amend Complaint, and the materials submitted relating thereto.

Plaintiff, represented by Baltimore and Alabama counsel, filed the Complaint on October 29, 2002, seeking some $3,000,000 because it was not paid for certain work done on certain vessels. The Defendants were the Government and two private companies. On November 13, 2002, Plaintiff filed the Amended Complaint. On January 24, 2003, the Government filed its Motion to Dismiss the Amended Complaint. On January 31, 2003, Plaintiff filed its Motion For Leave to Amend Complaint proffering a Second Amended Complaint.

On March 24, 2003, Defendant Heller Financial, inc. filed its Motion to Dismiss the Second Amended Complaint. On April 25, 2003, Plaintiff filed its Motion For Leave to Further Amend Complaint proffering a Third Amended Complaint.

Neither the Court, nor the Defendants, should have to deal with continuously changing versions of Plaintiff's Complaint. They must be a time - and that time is now - when Plaintiff must present definitively whatever claims it is asserting.

The Court will clear the record of all pending motions and will offer the Plaintiff one final chance to amend the Complaint. Further amendments will not be permitted absent a showing that the amendment is based upon information not now known or reasonably available to Plaintiff.

For the foregoing reasons:

1. The United States' Motion to Dismiss is DENIED WITHOUT PREJUDICE.

2. The Motion to Dismiss Filed by Heller Financial, Inc. is DENIED WITHOUT PREJUDICE.

3. Plaintiff's Motion for Leave to Amend Complaint is DENIED AS MOOT.

4. Plaintiff's Motion For Leave to Further Amend Complaint is DENIED AS MOOT.

5. Plaintiff shall, by May 30, 2003, file a Third Amended Complaint:

    a.    Plaintiff's counsel must take care to file a pleading that will not again need to be amended.

    b.    Plaintiff shall not anticipate getting leave to file a further amended complaint unless it can show that any such amendment is based upon information not now known or reasonably available to Plaintiff.

SO ORDERED, on Monday, 12 May, 2003.

                                                               /s/
                                      _____
                                          Marvin J. Garbis
                                  United States District Judge