IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.<br><br>Defendants. | Case No. MJG-02CV-3542 |

## AFFIDAVIT OF JAMES A. KELLEY

1   I, James A. Kelley, am more than twenty-one years of age, am competent to testify as a witness, and have personal knowledge of the facts set forth below.

2.   I am an attorney at the firm of Bastianelli, Brown and Kelley located in Washington, D.C.

3.   I served as legal counsel to International Marine and Industrial Applications, Inc. ("IMIA") in regard to the negotiation of its Request for Change Order submitted through Baltimore Marine Industries, Inc. ("BMI") to the United States of America.

-2-

4. I authored the letters dated June 10th and August 6, 2002 addressed to Mr. Stephen P. Anderson, Department of the Navy, SUPSHIP Portsmouth, P.O. Box 215, Portsmouth Virginia 23705, which are attached hereto as Exhibits A & B, respectively.

5. These letters served to apprise the Government that IMIA, as a subcontractor on the project had not been paid by BMI, the general contractor and IMIA was looking to the Government to ensure that it received the proceeds of its Request for Change Order out of the unexpended funds held by the Government to be used for final payment for services rendered on the M/V RESOLUTE.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and belief.

Date: April 21, 2003

James A. Kelley

WASHINGTON, DC.
SUBSCRIBED AND SWORN TO
BEFORE ME THIS  21st  DAY OF
April, 2003.
BY Kelley, James Anthony
Chang Ho Choi
NOTARY PUBLIC, DC.

CHANG HO CHOI, NOTARY PUBLIC
DISTRICT OF COLUMBIA
COMMISSION EXPIRES: 6/14/2004