IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INTERNATIONAL MARINE &     *
INDUSTRIAL APPLICATORS, INC.
                                   *

       Plaintiff
                                  *

   vs.                        CIVIL ACTION NO. MJG-02-3542
                                 *
UNITED STATES OF AMERICA, et al.
                                 *
       Defendant
*    *    *    *    *    *    *    *    *    *

## ORDER

It appears that Plaintiff's counsel, although ordered to file a Third Amended Complaint by May 30, 2003, in fact filed a document entitled "Second Amended Complaint."  The Court finds that Plaintiff's counsel was in substantial compliance with the Court's Order but should correct the record.  Accordingly:

1. The document entitled "Second Amended Complaint" [Paper 43] is hereby deemed to constitute the Third Amended Complaint.

2. Plaintiff shall, by June 11, 2003 arrange with the Clerk to substitute a properly entitled Third Amended Complaint as Paper 43 herein.

SO ORDERED, on <u>Wednesday, 4 June, 2003</u>.

                                                       _____/ s /_____
                                                        Marvin J. Garbis
                                               United States District Judge