IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. MJG-02CV-3542<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' MOTION TO DISMISS**

COMES NOW the Defendant United States, by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 12(b)(1) and (6), moves this court for dismissal of Plaintiff's Third Amended Complaint for failure to state a claim upon which relief can be granted, and for lack of subject matter jurisdiction. A separate memorandum of law has been submitted in support of this motion.

Dated: June ____, 2003.

                                                  Respectfully submitted,

                                                  ROBERT D. McCALLUM, JR.
                                                  Assistant Attorney General

                                                  THOMAS M. DIBIAGIO
                                                  United States Attorney

THOMAS F. CORCORAN
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
Tel: 410-209-4800
Fax: 410-962-2310

_____
GREGG A. CERVI, Trial Attorney
PETER F. FROST, Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC  20044-4271
Telephone: (202) 616-4033 (Cervi)
Telephone: (202) 616-4031 (Frost)
Facsimile: (202) 616-4159

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of this Motion to Dismiss was electronically filed with the Clerk of Court and delivered via U.S. Mail, First Class Postage pre-paid, this _____ day of June, 2003, addressed to the following counsel of record:

| | |
|---|---|
| Edward J. Baines | I. David Cherniak |
| Patrick E. Clark | Johnstone, Adams, Bailey, Gordon and Harris, LLC |
| Saul Ewing | P.O. Box 1988 |
| 100 South Charles St., 16th Floor | Mobile, AL 36633 |
| Baltimore, MD 21201-2773 | Tel: 251-432-7682 |
| Tel: 410-332-8600 | Fax: 251-432-0712 |
| Fax: 410-332-8185 | |
| | |
| Michael Schatzow | Richard M. Kremen |
| Tracey Cohen Paliath | Jodie Elizabeth Buchman |
| Venable Baetjer and Howard LLP | Piper Rudnick LLP |
| Two Hopkins Plaza, Suite 1800 | 6225 Smith Ave. |
| Baltimore MD 21201 | Baltimore, MD 21209-3600 |
| (410) 244-7400 | Tel: (410) 580-3000 |
| (410) 244-7742 (fax) | Fax: (410) 580-3001 |

Lawrence J. Seiter
John P. Amato
Hahn & Hessen
488 Madison Ave.
New York, NY 10022

                                      _____
                                      GREGG A. CERVI

Copy to: Thomas Corcoran, Assistant U.S. Attorney