IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **INTERNATIONAL MARINE &** <br> **INDUSTRIAL APPLICATORS, INC.,** <br><br> Plaintiff(s), <br><br> vs. <br><br> **UNITED STATES OF AMERICA;** <br> **BALTIMORE MARINE INDUSTRIES,** <br> **INC.; and HELLER FINANCIAL, INC.;** <br><br> Defendant(s). | * <br> * <br> *     CASE NO:  02-CV-03542-MJG <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SUGGESTION OF CHAPTER 11 BANKRUPTCY CASE FILING

Baltimore Marine Industries, Inc., a Defendant herein, hereby suggests that it filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on June 11, 2003, in the United States Bankruptcy Court for the District of Maryland, Baltimore Division, case number 03-80215.  Pursuant to § 362 of the Bankruptcy Code, all legal proceedings against this Defendant are automatically stayed and any claim which the Plaintiff may have against this Defendant should be filed in the aforesaid bankruptcy proceeding.

Dated:  June 12, 2003

 

_____
Karen H. Moore, Bar No. 10510
Stephen B. Gerald, Bar No. 26590
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for Baltimore Marine
Industries, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2003, a copy of the foregoing Suggestion of Chapter 11 Bankruptcy Case Filing was sent, by first class mail, to:

Edward J. Baines, Esquire
Patrick E. Clark, Esquire
Saul Ewing LLP
100 South Charles Street, 15th Floor
Baltimore, MD  21201

Gregg Cervi, Esquire
Peter F. Frost, Esquire
U.S. Department of Justice
Aviation and Admiralty Litigation
1425 New York Ave; NW, Suite 10100
Washington, DE  20530

Michael Schatzow, Esquire
Tracey Cohen Paliath, Esquire
Venable Baetjer and Howard LLP
Two Hopkins Plaza; Suite 1800
Baltimore, MD  21201

Richard M. Kremen, Esquire
Jodie Elizabeth Buchman, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD  21209-3600

John P. Amato, Esquire
Hahn and Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, NY  10022

David Cherniak, Esquire
Lawrence J. Seiter, Esquire
Johnstone, Adams, Bailey,
  Gordon and Harris LLC
P. O. Box 1988
Mobile, AL  36633

_____
Karen H. Moore

*1494583*