```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

INTERNATIONAL MARINE &  \*
INDUSTRIAL APPLICATORS, INC.
                                    \*

       Plaintiff
                                    \*

   vs.                            CIVIL ACTION NO. MJG-02-3542
                                    \*

UNITED STATES OF AMERICA, et al.
                                    \*

      Defendants

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

In accordance with the proceedings held in this matter on this date:

    1.    This case is stayed until further Order.

    2.    Plaintiff shall arrange a telephone conference by the earlier of a week after the granting of any pertinent "lift stay" Order by the Bankruptcy Court or August 29, 2003.

SO ORDERED, on <u>Monday, 23 June, 2003</u>.

                                                          _____/ s /_____
                                                     Marvin J. Garbis
                                      United States District Judge