```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

INTERNATIONAL MARINE &  \*
INDUSTRIAL APPLICATORS, INC.
                                                      \*

        Plaintiff
                                                        \*

      vs.                       CIVIL ACTION NO. MJG-02-3542
                                                       \*

UNITED STATES OF AMERICA, et al.
                                                        \*

        Defendants

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

In accordance with the proceedings held in this matter on this date:

    1.    By August 29[1], Defendant Heller Financial, Inc. may file a Motion to Dismiss.

    2.    By September 15, Plaintiff may respond to pending motions to dismiss.

    3.    By September 29, Defendants may file replies.

SO ORDERED, on <u>Friday, 15 August, 2003</u>.

                                                  / s /
                                        Marvin J. Garbis
                                United States District Judge

---

[1] All dates referred to herein are in the year 2003.