**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. MJG-02CV-3542<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION BY DEFENDANT HELLER FINANCIAL, INC.
TO DISMISS THE THIRD AMENDED COMPLAINT**

    Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Heller Financial, Inc., by its undersigned attorneys, hereby moves to dismiss all counts of the Third Amended Complaint filed by the Plaintiff International Marine & Industrial Applicators, Inc. against Heller Financial, Inc. The grounds and authorities for this motion are set forth in the accompanying memorandum.

    WHEREFORE, Defendant Heller Financial, Inc. requests that this Court:

    (a)    Dismiss all counts of the Third Amended Complaint against Heller Financial, Inc. with prejudice; and

    (b)    Grant such other and further relief as is just and appropriate under the circumstances.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: August 29, 2003 | _____/s/_____ Jodie E. Buchman_____<br>Richard M. Kremen (Bar No. 00532)<br>Jodie E. Buchman (Bar No. 26004)<br>Piper Rudnick LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>(410) 580-3000 |
|  | Attorneys for Defendant Heller Financial, Inc. |