**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August, 2003, a copy of the foregoing Motion by Heller Financial, Inc. to Dismiss the Third Amended Complaint, Memorandum in Support of Motion by Heller Financial, Inc. to Dismiss Third Amended Complaint and a proposed Order was sent by electronic mail and/or first class mail to the following:

    Edward J. Baines
    Patrick E. Clark
    Saul Ewing LLP
    100 S. Charles Street
    Baltimore, Maryland 21201

    Karen H. Moore
    Whiteford, Taylor & Preston L.L.P.
    7 St. Paul Street
    Baltimore, MD  21202-1626

    Michael Schatzow
    Tracey Cohen Paliath
    Venable Baetjer and Howard LLP
    Two Hopkins Plaza, Suite 1800
    Baltimore, Maryland 21201

    Robert D. McCallum, Jr.
    Thomas M. Dibiagio
    Thomas F. Corcoran
    6625 United States Courthouse
    101 W. Lombard Street
    Baltimore, Maryland 21201

    Gregg A. Cervi
    Peter F. Frost
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 14271
    Washington, D.C. 20044-4271

                              /s/    Jodie E. Buchman
                                Jodie E. Buchman