# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.<br><br>    Defendants. | Case No. MJG-02CV-3542 |

## ORDER GRANTING MOTION BY DEFENDANT HELLER FINANCIAL, INC. TO DISMISS THIRD AMENDED COMPLAINT

Upon consideration of the Motion to Dismiss Third Amended Complaint filed by the defendant Heller Financial, Inc. (the "Motion"), and any response thereto, it is by the United States District Court for the District of Maryland hereby

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED that all claims against the defendant Heller Financial, Inc. are hereby dismissed with prejudice.

                SO ORDERED

                _____
                Judge Marvin J. Garbis
                United States District Court for the District
                 of Maryland

cc:  see attached service list

cc: Richard M. Kremen
Jodie E. Buchman
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

Edward J. Baines
Patrick E. Clark
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201

Karen H. Moore
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street
Baltimore, MD  21202-1626

Michael Schatzow
Tracey Cohen Paliath
Venable Baetjer and Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201

Robert D. McCallum, Jr.
Thomas M. Dibiagio
Thomas F. Corcoran
6625 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Gregg A. Cervi
Peter F. Frost
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271