IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.<br><br>　　　　　　Defendants. | Case No. MJG-02CV-3542 |

**REQUEST FOR HEARING**

　　　Heller Financial, Inc., by its undersigned attorneys, hereby requests a hearing on its Motion to Dismiss the Third Amended Complaint.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: August 29, 2003　　　　　　　　　/s/　　Jodie E. Buchman
　　　　　　　　　　　　　　　　　　　　Richard M. Kremen (Bar No. 00532)
　　　　　　　　　　　　　　　　　　　　Jodie E. Buchman (Bar No. 26004)
　　　　　　　　　　　　　　　　　　　　Piper Rudnick LLP
　　　　　　　　　　　　　　　　　　　　6225 Smith Avenue
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21209
　　　　　　　　　　　　　　　　　　　　(410) 580-3000

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Heller Financial, Inc.