## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2003, a copy of the foregoing Request for Hearing was sent by electronic mail and/or first class mail to the following:

Edward J. Baines
Patrick E. Clark
Saul Ewing LLP
100 S. Charles Street
Baltimore, Maryland 21201

Karen H. Moore
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street
Baltimore, MD  21202-1626

Michael Schatzow
Tracey Cohen Paliath
Venable Baetjer and Howard LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201

Robert D. McCallum, Jr.
Thomas M. Dibiagio
Thomas F. Corcoran
6625 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Gregg A. Cervi
Peter F. Frost
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

                                                              /s/     Jodie E. Buchman
                                                             Jodie E. Buchman