

PATRICK E. CLARK

Phone:  (410) 332-8958

Fax:  (410) 332-8185

pclark@saul.com

www.saul.com

April 13, 2004

**<u>VIA ELECTRONIC FILING</u>**

The Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re:    *International Marine & Industrial Applicators, Inc. v.*
>       *United States of America, et al.*
>       Case No.:  MJG-02-3542

Dear Judge Garbis:

I am writing in reference to this Court's Order of March 30, 2004 in the above-referenced case, in which it, *inter alia*, instructed Plaintiff, International Marine & Industrial Applicators, Inc., to arrange a telephone conference by April 14, 2004, to discuss the scheduling of further proceedings.  As you know, this matter is also subject to an order modifying the stay in the case captioned *In re Baltimore Marine Industries, Inc.*, currently pending before the Honorable James F. Schneider, through this Court's ruling on the various defendants' motions to dismiss.  Pursuant to the lift stay order, Plaintiff was to schedule a conference with Judge Schneider promptly upon this Court's ruling.

As I discussed in a telephone conversation with your chambers this afternoon, my colleague, Joyce A. Kuhns, and I have been working since last week to schedule a teleconference with Judge Schneider regarding the effect of your decision on the lift stay order in the bankruptcy case.  Judge Schneider's chambers had indicated that such a teleconference would be scheduled earlier this week; however, we are still working with his chambers and have advised opposing counsel that a call with Judge Schneider may occur later this week.  We also have requested the availability of opposing counsel for a teleconference with Your Honor for the dates next week that were provided by your chambers.

The Honorable Marvin J. Garbis
April 13, 2004
Page 2


      We will advise chambers when we have heard from all counsel regarding their availability.  Thank you for your time and attention to this matter.

      Sincerely,

      /s/

      Patrick E. Clark

PEC/bn

cc:   Richard G. Kremen, Esquire (via electronic service)
      Karen H. Moore, Esquire (via electronic service)
      Alan M. Grochal, Esquire (via electronic mail)
      Thomas Corcoran, Esquire (via electronic service)
      I. David Cherniak, Esquire (via electronic service)
      Joyce A. Kuhns, Esquire (via electronic mail)