IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INTERNATIONAL MARINE<br>& INDUSTRIAL APPLICATORS, INC. | * | |
| | * | Civ. Act. No.:  MJG-02-CV-3542 |
| Plaintiff | * | |
| v. | * | |
| UNITED STATES OF AMERICA, et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF COUNSEL TO
<u>WITHDRAW APPEARANCE</u>**

Michael Schatzow and Venable LLP, counsel for Defendant Baltimore Marine Industries, Inc. ("BMI"), hereby move this Court, pursuant to Local Rule 101(2)(b)(1), to withdraw their appearances.  In support of this motion, counsel for BMI states the following:

1. Michael Schatzow and Venable LLP actively represented BMI in this matter from the time it commenced until the suggestion of Chapter 11 bankruptcy was filed in this case on June 12, 2003.

2. Thereafter, BMI has been represented in this matter by bankruptcy counsel, Whiteford, Taylor & Preston L.L.P., and specifically by Karen H. Moore.

3. Because Ms. Moore's appearance has been entered in this case, and because BMI does not object, Mr. Schatzow and Venable seek to withdraw their appearances.

WHEREFORE, Michael Schatzow and Venable LLP, respectfully request that this Motion be GRANTED.

        Respectfully submitted,


        _____/s/_____
        Michael Schatzow
        Venable LLP
        1800 Mercantile Bank & Trust Building
        2 Hopkins Plaza
        Baltimore, MD  21201
        (410) 244-7592

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion of Counsel to Withdraw Appearance was sent electronically this 14th day of April, 2004 to:

    Karen H. Moore, Esquire
    Whiteford, Taylor & Preston L.L.P.
    Seven Saint Paul Street
    Baltimore, Maryland  21202

    Edward J. Baines, Esquire
    Patrick E. Clark, Esquire
    Saul Ewing LLP
    100 South Charles Street
    15th Floor
    Baltimore, Maryland  21201

    Gregg Cervi, Esquire
    Peter F. Frost, Esquire
    U.S. Department of Justice
    Aviation and Admiralty Litigation
    1425 New York Avenue, NW
    Suite 10100
    Washington, D.C.  20530

    Richard M. Kremen, Esquire
    Jodie Elizabeth Buchman, Esquire
    Piper Rudnick LLP
    6225 Smith Avenue
    Baltimore, Maryland  21209-3600

BA2DOCS240714

John P. Amato, Esquire
Hahn and Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, New York  10022

David Cherniak, Esquire
Lawrence J. Seiter, Esquire
Johnstone, Adams, Bailey,
  Gordon and Harris LLC
P.O. Box 1988
Mobile, Alabama  36633

                                          /s/
                              Michael Schatzow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INTERNATIONAL MARINE  & INDUSTRIAL APPLICATORS, INC. | * | |
| | * | Civ. Act. No.:  MJG-02-CV-3542 |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| UNITED STATES OF AMERICA, et al. | | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

This matter having come before the Court upon the written motion of Michael Schatzow and Venable LLP, counsel for Defendant Baltimore Marine Industries, Inc., and good cause having been shown, it is, this _____ day of _____, 2004,

ORDERED that Michael Schatzow and Venable LLP may withdraw their appearances as counsel for Defendant Baltimore Marine Industries, Inc., and their appearances are hereby withdrawn; and it is

FURTHER ORDERED that the Clerk is to send copies of this Order to all counsel of record; and it is

FURTHER ORDERED that all papers to be served on counsel for BMI shall be served upon Karen H. Moore, Esquire, Whiteford Taylor & Preston, L.L.P., Seven Saint Paul Street, Baltimore, Maryland  21202.

_____
Marvin J. Garbis,
United States District Judge

BA2DOCS240714