

PATRICK E. CLARK
Phone: (410) 332-8958
Fax: (410) 332-8185
pclark@saul.com
www.saul.com

April 14, 2004

**VIA ELECTRONIC FILING**

The Honorable Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *International Marine & Industrial Applicators, Inc. v.*
               *United States of America, et al.*
               Case No.: MJG-02-3542

Dear Judge Garbis:

      I am writing to notify the Court and all counsel that a telephone conference to discuss scheduling issues in this case has been scheduled for Thursday, April 22, 2004 at 3:00 p.m. The dial-in number is (877) 221-8724, and the passcode is 443532.

                              Sincerely,

                                /s/

                              Patrick E. Clark

cc:    Richard G. Kremen, Esquire (via electronic service)
        Karen H. Moore, Esquire (via electronic mail)
        Alan M. Grochal, Esquire (via electronic mail)
        Thomas Corcoran, Esquire (via electronic mail)
        I. David Cherniak, Esquire (via electronic service)
        Joyce A. Kuhns, Esquire (via electronic mail)