IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INTERNATIONAL MARINE     \*
   & INDUSTRIAL APPLICATORS, INC.
                                                   Civ. Act. No.: MJG-02-CV-3542

       Plaintiff

v.                                    \*

UNITED STATES OF AMERICA, et al.
                                      \*

       Defendants

\*     \*     \*     \*     \*     \*                               \*

## ORDER

This matter having come before the Court upon the written motion of Michael Schatzow and Venable LLP, counsel for Defendant Baltimore Marine Industries, Inc., and good cause having been shown, it is, this 14th day of April, 2004,

ORDERED that Michael Schatzow and Venable LLP may withdraw their appearances as counsel for Defendant Baltimore Marine Industries, Inc., and their appearances are hereby withdrawn; and it is

FURTHER ORDERED that the Clerk is to send copies of this Order to all counsel of record; and it is

FURTHER ORDERED that all papers to be served on counsel for BMI shall be served upon Karen H. Moore, Esquire, Whiteford Taylor & Preston, L.L.P., Seven Saint Paul Street, Baltimore, Maryland 21202.

                                                           /s/
                                    Marvin J. Garbis,
                                    United States District Judge

BA2DOCS240714