# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL MARINE<br>& INDUSTRIAL APPLICATORS, INC.<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>   Defendants | *<br><br>*   Civ. Act. No.:  MJG-02-CV-3542<br>*<br><br>*<br><br>*<br><br>* |

\* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF APPEARANCE

Karen H. Moore, Esquire and Whiteford, Taylor & Preston LLP respectfully request the entry of their appearance on behalf of Baltimore Marine Industries, Inc. in the above captioned case.

Respectfully submitted,

/s/ Karen H. Moore_____
Karen H. Moore, Bar No. 10510
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland  21202-1626
Phone:  (410) 347-8700
Fax: (410) 625-7510
kmoore@wtplaw.com


Counsel for Baltimore Marine Industries, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of April, 2004, a copy of the foregoing Notice of Appearance was mailed, first-class, postage prepaid, to:

>Edward J. Baines, Esquire
>Patrick E. Clark, Esquire
>Saul Ewing LLP
>100 South Charles Street
>15th Floor
>Baltimore, Maryland  21201
>
>Gregg Cervi, Esquire
>Peter F. Frost, Esquire
>U.S. Department of Justice
>Aviation and Admiralty Litigation
>1425 New York Avenue, NW
>Suite 10100
>Washington, D.C.  20530
>
>Richard M. Kremen, Esquire
>Jodie E. Buchman, Esquire
>Piper Rudnick LLP
>6225 Smith Avenue
>Baltimore, Maryland  21209-3600
>
>John P. Amato, Esquire
>Hahn and Hessen LLP
>488 Madison Avenue
>14th and 15th Floor
>New York, New York  10022
>
>David Cherniak, Esquire
>Lawrence J. Seiter, Esquire
>Johnstone, Adams, Bailey, Gordon and Harris LLC
>P.O. Box 1988
>Mobile, Alabama  36633

>>/s/ Stephen B. Gerald_____
>>Stephen B. Gerald

*1550899*