**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **INTERNATIONAL MARINE &** | * | |
| **INDUSTRIAL APPLICATORS, INC.,** | | |
| | * | |
| **Plaintiff.** | | |
| | * | |
| **v.** | | **Civil No. MJG-02-3542** |
| | * | |
| **UNITED STATES OF AMERICA, *et al.*,** | | |
| | * | |
| **Defendants.** | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING MOTION TO
<u>INTERVENE AS DEFENDANT</u>**

Upon consideration of the Motion to Intervene as Defendant (the "Motion") filed

by the Official Committee of Unsecured Creditors of Baltimore Marine Services, Inc.,

and for cause shown, it is this _____ day of _____, 2004, by the

United States District Court for the District of Maryland,

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the Official Committee of Unsecured Creditors of Baltimore

Marine Services, Inc., is hereby permitted to intervene as a party defendant in this case.

_____
Marvin J. Garbis
United States District Judge

cc: Alan M. Grochal, Esquire
   Tydings & Rosenberg LLP
   100 East Pratt Street, 26th Floor
   Baltimore, Maryland  21202

   Edward Joseph Baines, Esquire
   Saul Ewing LLP
   100 South Charles Street, 15th Floor
   Baltimore, Maryland 21201-2773

   Ira David Cherniak, Esquire
   Johnstone, Adams, Bailey, Gordon and Harris, LLC
   104 Saint Francis Street
   Mobile, Alabama 36602

   Karen H. Moore, Esquire
   Whiteford, Taylor and Preston
   Seven Saint Paul Street, Suite 1400
   Baltimore, Maryland 21202

   Richard M. Kremen, Esquire
   Piper Rudnick LLP
   6225 Smith Avenue
   Baltimore, Maryland 21209-3600

   John P. Amato, Esquire
   Hahn and Hessen LLP
   488 Madison Avenue, 14th Floor
   New York, New York 20022