IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INTERNATIONAL MARINE &
INDUSTRIAL APPLICATORS, INC.,
           *
   Plaintiff.
           *
   v.                                    Civil No. MJG-02-3542
           *
UNITED STATES OF AMERICA, *et al.*,
           *
   Defendants.

\* \* \* \* \* \*

## ORDER GRANTING MOTION TO INTERVENE AS DEFENDANT

Upon consideration of the Motion to Intervene as Defendant (the "Motion") filed by the Official Committee of Unsecured Creditors of Baltimore Marine Services, Inc., and for cause shown, it is this __22nd__ day of __April__, 2004, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the Official Committee of Unsecured Creditors of Baltimore Marine Services, Inc., is hereby permitted to intervene as a party defendant in this case.

/s/
Marvin J. Garbis
United States District Judge

#419460v.1