IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & ) <br> INDUSTRIAL APPLICATORS, INC., ) <br> an Alabama Corporation, ) <br>   ) <br>   Plaintiff/Counter-Defendant ) <br>   ) <br> v. ) <br>   ) <br> BALTIMORE MARINE INDUSTRIES, INC. ) <br> and HELLER FINANCIAL, INC., ) <br>   ) <br>   Defendants/Counter-Plaintiffs ) | Case No. MJG 02-CV-3542 |

NOTICE OF APPEARANCE

Please enter the appearances of Joyce A. Kuhns and Patrick E. Clark, both of Saul Ewing LLP, as additional counsel for Plaintiff/Counter-Defendant, International Marine & Industrial Applicators, Inc.

Respectfully submitted,

/s/
Edward J. Baines (Bar No. 06776)
Joyce A. Kuhns (Bar No. 03979)
Patrick E. Clark (Bar No. 26628)
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201
Telephone:  (410) 332-8600

Attorneys for Attorney for International
Marine & Industrial Applicators, Inc.

803572.1 5/4/04

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2004, a copy of the foregoing Notice of Appearance was served either by electronic service or first-class mail on the following counsel:

Richard M. Kremen, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

John P. Amato, Esquire
Hahn and Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022

I. David Cherniak, Esquire
Johnstone, Adams, Bailey, Gordon and Harris LLC
104 Saint Francis Street
Mobile, Alabama 36633

Karen H. Moore, Esquire
Whiteford, Taylor and Preston
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202

Alan Grochal, Esquire
Tydings & Rosenberg
26th Floor
100 E. Pratt Street
Baltimore, Maryland 21202

_____/s/_____
Patrick E. Clark