IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and<br><br>BALTIMORE MARINE INDUSTRIES, INC., and<br><br>HELLER FINANCIAL, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. MJG-02CV-3542<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Pursuant to the Scheduling Conference held by this Court with the participation of all parties on April 22, 2004, it is, this ____ day of _____, 2004, by the United Stated District Court for the District of Maryland (Baltimore Division) hereby ORDERED:

  1. This case shall be bifurcated into two phases: (i) the issue as to whether the Plaintiff, International Marine & Industrial Applicators, Inc. (the "Plaintiff"), is able to demonstrate the traceability of the disputed funds, as more fully set forth in Part III.B.(3) of this Court's Order of March 30, 2004, sufficient to sustain the claim set forth in Count IV of the Third Amended Complaint (hereinafter referred to as "Phase I") and (ii) the remainder of allegations raised in the Third Amended Complaint (hereinafter referred to as "Phase II"). The parties shall adhere to the following schedule with respect to Phase I:

    A. The parties shall have one hundred and twenty (120) days to conduct discovery solely on Phase I;

B. Dispositive Motions relating only to Phase I shall be filed within thirty (30) days after the completion of discovery;

C. If this Court grants summary judgment in favor of Defendant Heller Financial, Inc. ("Heller") on Phase I,

i. All claims against Heller shall be dismissed with prejudice;

ii. This case shall be transferred to the United States Bankruptcy Court for the District of Maryland where the remaining claims against Baltimore Marine Industries, Inc. ("BMI") shall be adjudicated;

D. If this Court does not grant summary judgment in favor of Heller on Phase I or grants summary judgment against Heller on Phase I, this Court shall hold another Scheduling Conference to determine how this case should proceed with respect to Phase II;

E. If this Court grants summary judgment in favor of Heller on Phase I, this Court shall determine whether Count IV of the Third Amended Complaint should be dismissed as against BMI; and

2. The Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

SO ORDERED.

_____
Judge Marvin J. Garbis
United States District Court for the
 District of Maryland

cc: Richard M. Kremen, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

2

14040-3
804909.6 5/26/04

Karen H. Moore, Esquire
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street
Baltimore, MD  21202-1626

Joyce Kuhns, Esquire
Saul Ewing LLP
100 S. Charles Street
Baltimore, MD  21201

Alan Grochal, Esquire
Tydings & Rosenberg
26th Floor
100 E. Pratt Street
Baltimore, MD  21202

David Cherniak, Esquire
Johnstone Adams Bailey Gordon and Harris LLC
104 St Francis St.
Mobile, AL 36602