# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
*main* 410.580.3000  *fax* 410.580.3001

RICHARD M. KREMEN
Richard.kremen@piperrudnick.com
*direct* 410.580.4191  *fax* 410.580.3001

June 21, 2004

**ELECTRONIC FILING**

Honorable Marvin J. Garbis
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re: *International Marine & Industrial Applicators, Inc. v. United States of America, et al.*
          Civil Case No. MJG 02-CV-3542

Dear Judge Garbis:

    As you may recall, we represent Heller Financial, Inc. in connection with the above-referenced case.

    All parties to this case have recently discussed and agreed to the referral of this case to a magistrate judge for mediation.

    The parties respectfully request that discovery in this case be stayed for forty-five (45) days to permit the mediation to go forward.

    Thank you for your consideration.

                                         Respectfully yours,

                                         Richard M. Kremen

cc:  Jodie E. Buchman, Esquire
      I. David Cherniak, Esquire
      Alan Grochal, Esquire
      Karen H. Moore, Esquire
      Joyce Kuhns, Esquire