IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL MARINE & <br> INDUSTRIAL APPLICATORS, INC., <br> an Alabama Corporation, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) | Case No. MJG-02CV-3542 |
| v. | ) <br> ) <br> ) | |
| UNITED STATES OF AMERICA, and | ) <br> ) | |
| BALTIMORE MARINE <br> INDUSTRIES, INC., and | ) <br> ) <br> ) | |
| HELLER FINANCIAL, INC. | ) <br> ) | |
| Defendants. | ) <br> ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO CONSUMATE SETTLEMENT**

Plaintiff International Marine & Industrial Applicators, Inc. ("IMIA"), through its undersigned counsel, hereby moves this Court to further amend its Amended Order of Dismissal Due to Settlement to allow the parties an additional sixty days to consummate their settlement, and in support thereof state as follows:

1. On or about October 8, 2004, this Court entered an Amended Order of Dismissal Due to Settlement providing that the case would be dismissed with prejudice in sixty days.

2. On or about November 24, 2004, Alan Grochal, Liquidating Agent for Defendant Baltimore Marine Industries, Inc., filed a Motion for Approval of Settlement and Compromise of Controversy with International Marine and Industrial Applicators, Inc. (the "Motion for

Approval") in Case No. 03-8-0215-JS in the United States Bankruptcy Court for the District of Maryland, seeking the Bankruptcy Court's approval of the settlement reached by the parties regarding the claims in this action and in related actions pending in the Bankruptcy Court. A copy of the Motion for Approval is attached hereto as Exhibit 1, and a copy of Exhibit A to the Motion for Approval is attached hereto as Exhibit 2.

3.  The deadline for objections to the Motion for Approval to be filed in the Bankruptcy Court is on or about December 13, 2004. To date, no such objections have been filed.

4.  Because the Bankruptcy Court has not yet ruled on the Motion for Approval, the parties have been unable to consummate the settlement reached in this case.

WHEREFORE, IMIA respectfully requests that this Court further amend its Amended Order of Dismissal Due to Settlement to allow the parties an additional sixty days to consummate their settlement of the claims in this case.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Edward J. Baines, Federal Bar No. 06776
                                                Patrick E. Clark, Federal Bar No. 26628
                                                Saul Ewing LLP
                                                100 South Charles St., 16th Floor
                                                Baltimore, Maryland  21201-2773
                                                (410) 332-8600
                                                (410) 332-8185 (fax)

                                                Attorneys for Plaintiff International Marine &
                                                Industrial Applicators, Inc.

OF COUNSEL:
I. David Cherniak, Federal Bar No. CHERI8107
Lawrence J. Seiter, Federal Bar No. SEITL4720
Johnstone, Adams, Bailey, Gordon and Harris, LLC
P. O. Box 1988
Mobile, Alabama 36633
Tel.: (251/432-7682)
Fax: (251/432-0712)