IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>(Baltimore Division)</u>

| | | |
|---|---|---|
| IN RE: | * | |
| BALTIMORE MARINE | * | Bankruptcy No. 03-8-0215-JS |
| INDUSTRIES, INC. |   | (Chapter 11) |
| | * | |
| Debtor | | |
| | ****** | |

<u>LIQUIDATING AGENT'S MOTION FOR APPROVAL OF
SETTLEMENT AND COMPROMISE OF CONTROVERSY WITH
INTERNATIONAL MARINE AND INDUSTRIAL APPLICATORS, INC.</u>

Alan M. Grochal, Liquidating Agent for Baltimore Marine Industries, Inc. (the "Liquidating Agent"), by his attorneys, moves pursuant to Bankruptcy Rule 9019 for approval of a settlement and compromise of controversy with International Marine and Industrial Applicators, Inc. ("IMIA"), and in support thereof, states as follows:

1.  On June 11, 2003, Baltimore Marine Industries, Inc. ("BMI") filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"), and continued to operate its business as a Debtor-in-Possession until June 25, 2004 at which time the Joint Plan of Liquidation filed by BMI and the Official Committee of Unsecured Creditors (the "Committee") was confirmed by this Court.

2.  Pursuant to the terms of the Confirmation Order, Alan M. Grochal was appointed as Liquidating Agent with authority to, among other things, settle any claims or causes of action held by BMI.

3.  Prior to the Petition Date, IMIA commenced a lawsuit in the United States District Court for the District of Maryland against BMI and Heller Financial, Inc. ("Heller"), BMI's lender (the "Lawsuit").

#447279v.1

4. On July 13, 2003, Maersk Line, Limited and Military Sealift Command instituted an interpleader action against a number of parties, including BMI and IMIA. This action has been designated as Adversary No. 03-08154 (the "Baugh Interpleader". BMI and IMIA assert conflicting interests to the interpleaded funds.

5. On June 29, 2004, a second interpleader action was commenced by the Military Sealift Command, Department of Transportation and Crowley Liner Services, Inc., in which BMI and IMIA assert conflicting interests in the interpleaded funds. This action has been designated as Adversary No. 04-01871 (the "Zeus Interpleader").

6. IMIA has asserted a claim against BMI in the amount of $2,596,697.20 by filing a proof of claim that has been designated as Claim No. 387 (the "IMIA claim".)

7. On or about March 5, 2004, BMI closed on the sale of virtually all of its real and tangible personal property to SPS Limited Partnership LLLP ("SPS"). Commonwealth Land Title Insurance Company ("Commonwealth") is currently holding in escrow certain funds from the sale to SPS (the "Escrow Funds") to secure the claims asserted by IMIA against Heller in the Lawsuit.

8. The Liquidating Agent and IMIA and Heller have reached an agreement that will resolve the Lawsuit, IMIA's claims in both the Baugh Interpleader and the Zeus Interpleader, and the IMIA claim. A copy of the Settlement Agreement is attached hereto as "Exhibit A".

9. The salient terms of the settlement agreed to by the Liquidating Agent and IMIA are as follows:

    (a) The Liquidating Agent will direct Commonwealth to disburse the Escrow Funds as follows: (1) $1 Million to IMIA; (2) sums sufficient to reimburse

Heller for its accrued attorneys' fees and expenses to the extent not previously paid in the estimated amount of $10,000; and (3) the balance to the Liquidating Agent for subsequent disbursement to creditors pursuant to the confirmed Plan.

        (b)       The Lawsuit shall be dismissed with prejudice.

        (c)       IMIA shall dismiss with prejudice its claims and counter-claims in the Baugh Interpleader and in the Zeus Interpleader.

        (d)       After receipt of the payment described in (a) above, IMIA shall have an allowed general unsecured claim in the amount of $1,600,000, provided however, that IMIA shall be entitled to receive a minimum 25% distribution ($400,000) and a maximum 31.25% distribution ($500,000) on account of this claim.

        (e)       The Liquidating Agent shall provide a release IMIA with a carveout for potential avoidance actions against IMIA.

        (f)       IMIA shall release the BMI Estate, excluding the Estate's obligations in (a) and (d) above.

    10.    The Liquidating Agent believes, in the exercise of his business judgment, after reviewing the costs, time delay and risk of continuing to litigate with IMIA in the Lawsuit, the Baugh Interpleader and the Zeus Interpleader, that this settlement is in the best interest of the Estate.

    11.    Rule 9019 of the Federal Rules of Bankruptcy Procedure provides that a court may approve a compromise in settlement upon a motion filed by the debtor, or in this case, the Liquidating Agent who has succeeded to the rights of the Debtor. The Fourth Circuit has stated that the approval of a settlement is within the sound discretion of the Bankruptcy Court and that such settlement must be in the best interest of the Estate

as a whole.  See <u>St. Paul Fire & Marine Insurance Co. v. Vaughn (In re Vaughn)</u>, 779 F.2d 1003, 1010 (4th Cir. 1985)

12.  Notice of this motion has been provided to all creditors on the limited matrix maintained in this case.

13.  Because no new or novel issues of law are introduced in this motion, the Debtor is not filing a separate memorandum of law pursuant to Rule 9013-2 of the Local Rules of the United States Bankruptcy Court for the District of Maryland.

WHEREFORE, Alan M. Grochal, Liquidating Agent, requests that the Court enter an Order approving the settlement with International Marine and Industrial Applicators, Inc, under the terms set forth herein.

/s/ Alan M. Grochal
Alan M. Grochal, Bar No. 01447
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone (410) 752-9715

Attorneys for Liquidating Agent

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 24th day of November, 2004, a copy of the foregoing Liquidating Agent's Motion for Approval of Settlement and Compromise of Controversy with International Marine and Industrial Applicators, Inc. was served electronically and/or mailed, postage prepaid, to I. David Cherniak, Esquire, Johnstone, Adams, Bailey, Gordon & Harris, LLC, P.O. Box 1988, Mobile, Alabama 36633, and to all parties listed on the attached matrix.

/s/ Alan M. Grochal<br>
Alan M. Grochal

| | | |
|---|---|---|
| Megan E. Burns, Esquire<br>222 Central Park Avenue, Suite 1700<br>Virginia Beach, VA 23462-3035 | Michael J. Broumas, Esquire<br>Law Offices of Michael J. Broumas<br>3 S. Frederick Street, Suite 900<br>Baltimore, MD 21202 | DNCA V, LLC<br>Attn: Traci Fette<br>2120 W. Washington Street<br>San Diego, CA 92110 |
| Alan L. Briggs, Esquire<br>Squire, Sanders & Dempsey, LLP<br>1202 Pennsylvania Ave., N.W.<br>P.O. Box 407<br>Washington, DC 20044 | Katherine Levin, Esq.<br>Office of U.S. Trustee<br>300 West Pratt Street, Suite 350<br>Baltimore, MD 21201 | Vincent S. Antonacci, Esq.<br>General Dynamics Network Systems<br>77 A Street<br>Needham, MA 02494-2806 |
| MD Dept. of Employment Services<br>Division of Unemployment<br>1100 N. Eutaw Street<br>Baltimore, MD 21201 | Comptroller of the Treasury<br>Compliance Division - Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2383 | Internal Revenue Service<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 |
| Alison Beck, Esq.<br>9000 Machinists Place<br>Upper Marlboro, MD 20772-2687 | Brian Sheahan, Esq.<br>Gebhardt & Smith LLP<br>401 East Pratt Street, 9th Floor<br>Baltimore, MD 21202 | Eugene W. Shannon, Esq.<br>119 York Street<br>Norfolk, VA 23510 |
| Laila K. Atallah, Esq.<br>Asst. Attorney General<br>217 E. Redwood St.<br>Baltimore, MD 21202 | James Kelley, Esq.<br>Bastianelli, Brown & Kelley<br>1133 21st Street N.W., Ste 500<br>Washington, DC 20036 | Lawrence J. Seiter, Esq.<br>Johnstone Adams<br>104 St. Francis Street, 8th Floor<br>P.O. Box 1988<br>Mobile, Alabama 36633 |
| Dale Hartford<br>Int'l Assoc. of Machinists<br>8 Lakeview Dr.<br>Smithfield, ME 04978 | Richard M. Kremen, Esq.<br>Piper Rudnick, LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 | Daniel R. Weckstein, Esq.<br>Vandeventer Black, LLP<br>500 World Trade Center<br>Norfolk, VA 23510-1699 |
| Clayton A. Mitchell, Esq.<br>Hoon & Associates, LLC<br>104 S. Cross Street<br>Chestertown, MD 21620 | Gary R. Greenblatt, Esq.<br>Mehlman & Greenblatt, L.L.C.<br>1838 Greene Tree Road, Suite 360<br>Baltimore, MD 21208 | Karen H. Moore, Esq.<br>Whiteford, Taylor & Preston, LLP<br>7 St. Paul Street, Suite 1400<br>Baltimore, MD 21202 |
| Douglas S. Draper, Esq.<br>Heller, Draper, Hayden, Patrick & Horn, LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130 | Jan M. Hayden, Esq.<br>Heller, Draper, Hayden, Patrick & Horn, LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130 | Andrew Rodriguez, President<br>RAM Contracting Services, LLC<br>106 Dewitt Circle<br>Daphne, AL 36526 |
| Mr. Martin Fisher, Chief Financial Officer<br>Dunbar Guard<br>50 Schilling Road<br>Hunt Valley, MD 20816 | Andrea F. Hoeschen, Esq.<br>Previant, Goldberg & Ulmen<br>1555 N. Rivercenter Drive, Suite 202<br>Milwaukee, WI 53212 | Mr. Michael A. Ortt, President<br>Harbor Tech, Inc.<br>825 New North Point Road<br>Baltimore, MD 21237 |

| | | |
|---|---|---|
| Frederick Perillo, Esq.<br>Previant Goldberg & Ulmen<br>1555 N. River Center Drive, Suite 202<br>Milwaukee, WI 53212 | Joyce A. Kuhns, Esq.<br>Saul Ewing LLP<br>100 South Charles Street<br>Baltimore, MD 21201 | Thomas F. Corcoran, Esq., A.U.S.A.<br>United States Attorney's Office<br>101 West Lombard Street; Suite 6625<br>Baltimore, MD 21201 |
| James D. Fullerton, Esq.<br>Fullerton & Associates<br>12644 Chapel Road; Suite 206<br>Clifton, VA 20124 | Michael R. Enright, Esquire<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103 | Patrick J. Brooks, Esquire<br>Squire, Sanders & Dempsey, LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304 |
| Omer F. Kuebel, Esq.<br>Edward Howard Arnold, III, Esq.<br>Locke Liddell & Sapp, LLP<br>601 Poydras Street, Suite 2400<br>New Orleans, LA 70130-6036 | John A. Austin, Esq.<br>29 W. Susquehanna Ave. #200<br>Towson, MD 21204 | C. Larry Hofmeister, Jr.<br>Danoff King & Hofmeister, P.A.<br>407 Washington Ave., Ste. 810<br>Towson, MD 21204 |
| Scott B. Henrie, Esq.<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street Suite 4100<br>Seattle, WA 98101 | Kimberly Bradley, Esq.<br>Abato, Rubenstein & Abato, P.A.<br>809 Gleneagle Court, Ste. 320<br>Baltimore, MD 21286 | Danielle Reboli, AVP, Account Executive<br>KBK Financial, Inc.<br>301 Commerce Street; Suite 2200<br>Fort Worth, TX 76102 |
| Paul M. Nussbaum, Esquire<br>Whiteford, Taylor & Preston<br>7 Saint Paul Street, Suite 1400<br>Baltimore, Maryland 21202 | Martin T. Fletcher, Esquire<br>Whiteford, Taylor & Preston<br>7 Saint Paul Street, Suite 1400<br>Baltimore, Maryland 21202 | Jay L. Liner, Esquire<br>Baltimore County Office of Law<br>400 Washington Avenue<br>Towson, Maryland 21204 |