2004 DEC -9 P 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., an Alabama Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. MJG-02CV-3542 |
| v. | ) | |
| UNITED STATES OF AMERICA, and | ) ) ) | |
| BALTIMORE MARINE INDUSTRIES, INC., and | ) ) ) | |
| HELLER FINANCIAL, INC | ) ) | |
| Defendants | ) | |

## PLAINTIFF'S MOTION TO EXTEND TIME TO CONSUMATE SETTLEMENT

Plaintiff International Marine & Industrial Applicators, Inc. ("IMIA"), through its undersigned counsel, hereby moves this Court to further amend its Amended Order of Dismissal Due to Settlement to allow the parties an additional sixty days to consummate their settlement, and in support thereof state as follows:

On or about October 8, 2004, this Court entered an Amended Order of Dismissal Due to Settlement providing that the case would be dismissed with prejudice in sixty days.

2   On or about November 24, 2004, Alan Grochal, Liquidating Agent for Defendant Baltimore Marine Industries, Inc., filed a Motion for Approval of Settlement and Compromise of Controversy with International Marine and Industrial Applicators, Inc. (the "Motion for

Approval") in Case No. 03-8-0215-JS in the United States Bankruptcy Court for the District of Maryland, seeking the Bankruptcy Court's approval of the settlement reached by the parties regarding the claims in this action and in related actions pending in the Bankruptcy Court. A copy of the Motion for Approval is attached hereto as Exhibit 1, and a copy of Exhibit A to the Motion for Approval is attached hereto as Exhibit 2.

3. The deadline for objections to the Motion for Approval to be filed in the Bankruptcy Court is on or about December 13, 2004. To date, no such objections have been filed.

4. Because the Bankruptcy Court has not yet ruled on the Motion for Approval, the parties have been unable to consummate the settlement reached in this case.

WHEREFORE, IMIA respectfully requests that this Court further amend its Amended Order of Dismissal Due to Settlement to allow the parties an additional sixty days to consummate their settlement of the claims in this case.

Respectfully submitted,

_____/s/_____

Attorneys for Plaintiff International Marine & Industrial Applicators, Inc.

SO ORDERED, on Thursday, December 9, 2004

_____/s/_____
Marvin J. Garbis
United States District Judge