IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL MARINE & INDUSTRIAL APPLICATORS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 02-CV-3542-MJG |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

Please withdraw the appearance of Patrick E. Clark of Saul Ewing LLP as counsel for Plaintiff International Marine & Industrial Applicators, Inc. ("IMIA") in the above-captioned case. Edward J. Baines and Joyce A. Kuhns of Saul Ewing LLP and I. David Cherniak and Lawrence J. Seiter of Johnstone Adams Bailey Gordon and Harris LLC will continue to represent IMIA.

Respectfully submitted,

_____/s/_____
Patrick E. Clark, Fed. Bar No. 26628
SAUL EWING LLP
100 South Charles Street
Baltimore, Maryland 21201-2773
(410) 332-8600 (phone)
(410) 332-8185 (facsimile)

Attorney for Plaintiff International Marine
& Industrial Applicators, Inc.